United States District Court
Southern District of Texas
**ENTERED**
September 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **M&M BEAUTY USA CORPORATION** | § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-00826 |
| **AMGUARD INSURANCE COMPANY** | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff M&M BEAUTY USA CORPORATION and Defendant AMGUARD INSURANCE COMPANY'S Agreed Motion to Dismiss with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED on this 20th day of September, 2022.

_____
JUDGE PRESIDING

10927658v1
12648.012

1

AGREED AS TO FORM AND CONTENT:

THOMPSON COE COUSINS & IRONS, LLP

By: */s/ Natalie D. Tarnosky*
    J. Mark Kressenberg
    Fed. Adm. No. 7793
    Texas State Bar No. 11725900
    mkressenberg@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas 77056
    Telephone: (713) 403-8210
    Facsimile: (713) 403-8299

    Natalie D. Tarnosky
    Texas State Bar No. 24088507
    Fed. Adm. No. 3170935
    ntarnosky@thompsoncoe.com
    701 Brazos, Suite 1500
    Austin, Texas 78701
    Telephone: (512) 703-5086

**ATTORNEYS FOR DEFENDANT, AMGUARD INSURANCE COMPANY**

And

CROWELL & KUCERA, PLLC

By: */s/ Benjamin R. Crowell III (with permission)*
    Benjamin R. Crowell, III
    State Bar No. 24087360
    Brennan M. Kucera
    State Bar No. 24076491
    2028 E. Ben White Blvd., Suite 240-2015
    Austin, Texas 78741
    Telephone: (512) 870-7099
    Facsimile: (512) 388-9520
    ben@ck-firm.com
    brennan@ck-firm.com

**ATTORNEY FOR PLAINTIFF, M&M BEAUTY USA CORPORATION**

2

10927658v1
12648.012